UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES O. STOLA, | ) | Case No. 21-13994 |
| | ) | Chap. 13 |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## NOTICE OF MOTION

To: Thomas H. Hooper, thomas.h.hooper@55chapter13.com

Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346   Angela.E.Munoz@irs.gov

Patrick S Layng, United States Trustee Office, 219 S. Dearborn St., Room 873, Chicago, IL 60604  USTPRegion11.ES.ECF@usdoj.gov

Lorenzo Valladolid, Goldstein, Fluxgold & Baron, P.C., 33 N. Dearborn St., Suite 950, Chicago, IL 60602  LValladolid@gfblaw.net

Robert Dreger, 910 W. Van Buren Street, Suite 503, Chicago, Ill. 60607 rmdreger@dregerlaw.com

Eric Rathert , Wells Fargo Bank NA, PO Box 10438, Des Moines, IA 50306-0438 wffbankruptcy@wellsfargo.com

Peter C Bastianen on behalf of Creditor U.S. Bank, N.A., as Legal Title Trustee for Truman 2016 SC6 Title Trust bkpleadingsNORTHERN@il.cslegal.com

Joel P Fonferko on behalf of Creditor U.S. Bank, N.A. as Legal Title Trustee for Truman 2016 SC6 Title Trust  bkpleadingsNORTHERN@il.cslegal.com

Scott G Goldstein on behalf of Creditor Ivan Kocic, sgoldstein@gfblaw.net

Christopher H Purcell on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC  shermlaw13@aol.com

Michael L Sherman on behalf of Creditor FORD MOTOR CREDIT COMPANY LLC  shermlaw1@aol.com

1

Rachael A Stokas on behalf of Creditor U.S. Bank, N.A., as Legal Title
Trustee for Truman 2016 SC6 Title Trust
bkpleadingsNORTHERN@il.cslegal.com

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

On Monday, January 3, 2022, at 9:00am we will appear before the presiding Judge, Honorable Jacqueline P. Cox, on ZOOM for Government teleconference, Meeting ID 161 500 0972, Passcode 726993, and present the attached **DEBTOR'S SECTION 362(c)(3) MOTION TO EXTEND AUTOMATIC STAY.**

This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following: To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

Meeting ID: 1612732896   Password: 778135

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 161 273 2896 and the password is 778135.

The meeting ID and password can also be found on the judge's page on the court's web site. If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                      James O. Stola,

                      By:_____/S/___Michael J. Greco____
                          Michael J. Greco

Atty. No. 6201254                      Attorney for Debtor
Michael J. Greco, Attorney at Law
Attorney for Debtor James O. Stola
175 W. Jackson Blvd., Suite 240
Chicago, Ill. 60604
312 222-0599
Email: Michaelgreco18@yahoo.com

2

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a copy of this Notice and the attached **DEBTOR'S SECTION 362(c)(3) MOTION TO EXTEND AUTOMATIC STAY** to the parties named above by electronic mail to their respective addresses of record via the Court's electronic filing system, and via regular U.S. Mail to the Internal Revenue Service directed and posted to the address shown above, before 11:59pm on December 27, 2021.


____/S/__Michael J. Greco_____
Michael J. Greco


Michael J. Greco, Attorney at Law
Attorney for Debtor James O. Stola
175 W. Jackson Blvd., Suite 240
Chicago, Ill. 60604
312 222-0599
Email: Michaelgreco18@yahoo.com
Atty. No. 6201254

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES O. STOLA, | ) | Case No. 21-13994 |
| | ) | Chap. 13 |
| Debtor. | ) | Hon. Jacqueline P. Cox |

## DEBTOR'S SECTION 362(c)(3) MOTION TO EXTEND AUTOMATIC STAY

DEBTOR JAMES O. STOLA moves this Court to enter an Order pursuant to Section 362(c)(3) of the Bankruptcy Code, 11 U.S.C. Section 362(c)(3), extending the Automatic Stay until Discharge. To support this Motion, Debtor states as follows:

1. Debtor filed this Chapter 13 case on December 9, 2021.

2. Debtor previously filed a Chapter 13 Petition for Bankruptcy Relief on April 13, 2018. That case was dismissed on June 2, 2021, after Debtor had fallen into arrears in making Plan payments. This was because Debtor had a significant decrease in his revenue and earnings from his law practice during the time period that the Chapter 13 Plan was in effect.

3. Beginning in 2019, Debtor was suffering with a severely arthritic right hip, which substantially impeded his mobility. Debtor's right hip replacement surgery was originally to take place in September 2019, and delayed due to illness. It was subsequently further delayed, and the onset of the COVID-19 pandemic delayed it even more. Debtor ultimately received the right hip replacement surgery in January 2021. Subsequently, Debtor received a course of intensive physical therapy from February 2021 through June 2021, which proved effective.

4.      Debtor is a lawyer practicing as a sole practitioner in Chicago, Illinois. Debtor has regular, albeit erratic, income and is able to fund a Chapter 13 Plan.

5.      In addition, Debtor is an art dealer, and opened an art dealership in January 2020. Although Debtor had a lot of artwork, sales diminished with the COVID-19 pandemic.

6.      Debtor experienced significant financial reversals and a diminution in his earnings during the COVID-19 pandemic, compounded by his right hip issues. The COVID-19 pandemic effected a shutdown or reduction in activity of innumerable businesses and commercial operations, governmental agencies and courts, causing Debtor to fall behind in Plan payments to the Chapter 13 Trustee during the pendency of the previous bankruptcy case, Case No. 18-10776, resulting in the dismissal of that case.

7.      More recently, Debtor has experienced a recovery of his earnings levels in his law practice, and improvement in art sales as well, all enhanced in substantial part by Debtor's recovery from right hip replacement surgery, enabling Debtor to fund periodic payments under a Chapter 13 Plan.

8.      Debtor needs bankruptcy relief, including the Automatic Stay, in order to enable him to effect his Chapter 13 Plan, and maintain his residence. Debtor is an older person and senior citizen, and will not easily be able to re-structure his debt and maintain his and his wife's household and a reasonable standard of living if Bankruptcy relief is not available to him, including the automatic stay of enforcement proceedings (including mortgage foreclosure proceedings) against

Debtor.

Wherefore, DEBTOR JAMES O. STOLA respectfully requests that this Court enter an Order pursuant to Section 362(c)(3) of the Bankruptcy Code, 11 U.S.C. Section 362(c)(3), extending the Automatic Stay until Discharge.

Respectfully submitted,

James O. Stola,

By:_____/S/___Michael J. Greco____
       Michael J. Greco
       Attorney for Debtor

Atty. No. 6201254
Michael J. Greco, Attorney at Law
Attorney for Debtor James O. Stola
175 W. Jackson Blvd., Suite 240
Chicago, Ill. 60604
312 222-0599
Email: Michaelgreco18@yahoo.com