UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-13994 |
| James O Stola | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON DEBTOR'S SECTION 362(c)(3) MOTION TO EXTEND AUTOMATIC STAY**

This case coming before the Court on Debtor's Section 362(c)(3) Motion to Extend Automatic Stay, due notice being given, the Court having reviewed the Motion and any responses and considered the remarks of counsel,

IT IS ORDERED THAT:

- Debtor's Section 362(c)(3) Motion to Extend Automatic Stay is granted; and

- The Automatic Stay is extended under 11 U.S.C. Section 362(c)(3) until an Order of Discharge or Dismissal is entered.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 03, 2022