**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                                           CASE NO. 21-13994

James O Stola dba James O Stola, Attorney                        CHAPTER 13
dba Stola Contemporary Art, LLC

                                                                 JUDGE Jacqueline P. Cox

Debtor(s).

**OBJECTION TO CONFIRMATION OF PLAN FILED JANUARY 6, 2022**

U.S. Bank, National Association as legal Title Trustee for Truman 2016 SC6 Title Trust, hereinafter referred to as "Creditor", by and through its attorneys, Diaz Anselmo & Associates, LLC , objects to the confirmation of the Chapter 13 plan for the following reasons:

1. This Court has jurisdiction pursuant to 28 U.S.C.§ 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(L).

4. The debtor filed a petition for relief under Chapter 13 on December 9, 2021.

5. U.S. Bank, National Association as legal Title Trustee for Truman 2016 SC6 Title Trust holds a mortgage secured by a lien on debtor's real estate commonly known as 2633 North Bosworth, Chicago, Illinois 60614.

6. The creditor will be filing a claim for pre-petition arrears estimated to be $241,113.94.

7. The Chapter 13 plan provides that the Debtor will pay U.S. Bank, National Association as legal Title Trustee for Truman 2016 SC6 Title Trust arrears of $200,000.00.

8. The Chapter 13 plan provides that the debtor will make post-petition payments in the amount of $3,236.00 directly to the Creditor. However, the correct post-petition payment amount is $4,290.05.

9. The Chapter 13 plan is not feasible as it will not complete within 5 years. Therefore, the plan does not comply with the requirements of 11 U.S.C. § 1322(d).

10. The Chapter 13 plan does not provide that the Creditor will be paid its secured claim of $241,113.94. Therefore, the plan does not comply with 11 U.S.C. § 1325(a)(5)(B).

WHEREFORE, Creditor prays for entry of the attached Order Denying Confirmation of the Chapter 13 plan.

U.S. Bank, National Association as legal Title Trustee for Truman 2016 SC6 Title Trust

/s/Theodore Konstantinopoulos

Nisha B. Parikh | ARDC #6298613
Theodore Konstantinopoulos | Ohio Bar #0065542
Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B21120047

This law firm is deemed to be a debtor collector.