# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JAMES O STOLA | ) | Case No. 21 B 13994 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s) for the following:

The Trustee requests profit/loss statements for the debtor's law practice for the last 6 months and receipts for expenses related to the debtor's law practice including but not limited to proof of malpractice insurance and licensing fees for the last 6 months.
The Trustee requests proof of any and all other incomes for the debtor for the last 6 months. Disposable income under 11 U.S.C 1325(b) cannot be determined until this is resolved.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: January 20, 2022

/s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:   JAMES O STOLA | ) | Case No. 21 B 13994 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: JACQUELINE P COX |

## CERTIFICATE OF SERVICE

I, Chris Domann, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

MICHAEL J GRECO                                                                          (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                                                    (via CM/ECF)
United States Trustee

JAMES O STOLA                                                                              (via U.S. Postal Service)
2633 NORTH BOSWORTH AVE
CHICAGO, IL 60614
*Debtor(s)*

Dated: January 20, 2022                                                              /s/ Chris Domann
                                                                                                       _____
                                                                                                       Chris Domann
                                                                                                       Office of the Chapter 13 Trustee
                                                                                                       55 E. Monroe St., Suite 3850
                                                                                                       Chicago, IL 60603
                                                                                                       (312) 294-5900