UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES O. STOLA, | ) | No. 21 B-13994 |
| Debtor, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Ch. 13 |

### DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

DEBTOR JAMES O. STOLA responds to the Motion for Relief from Automatic Stay of Creditor Ivan Kocic ("Kocic") as follows:

1. Kocic filed a Motion for Relief from Automatic Stay seeking leave to prosecute a legal malpractice lawsuit against Debtor in the Circuit Court of Cook County, Illinois, Municipal Department, First District, styled Kocic v. Stola, Case No. 18 L 410. ("Kocic lawsuit").

2. The Kocic lawsuit was transferred to the Municipal Department of the Circuit Court because the amount of purported damages was insufficient (too small) to merit its pendency in the Law Division, the division in which Kocic's counsel originally filed the Kocic lawsuit.

3. Additionally, Kocic's counsel admits that Debtor does not enjoy malpractice insurance coverage. Because Debtor would have to bear the expense of defending the Kocic lawsuit with his own resources, there is no question that allowing the Kocic lawsuit to proceed in the Circuit Court during the pendency of Debtor's

1

bankruptcy case will drain resources from Debtor's funds available to secure relief under a Chapter 13 Plan.

4. During a previous Chapter 13 bankruptcy filing by Debtor, Case No. 18-10776, Kocic, represented by the same lawyers who now represent him, entered into a settlement agreement stipulating to an amount of the claim in the grand sum of $18,000.00. (See *In Re James O. Stola*, Case No. 18-10776, Amended Claim No. 9-2 dated 2/12/2019, attached as Exhibit 1 and made a part of this Response).

5. Because Kocic has already stipulated to a value of his lawsuit at $18,000.00, there is no need for him to prosecute the Kocic lawsuit in the Circuit Court. Debtor can be afforded complete relief by the Bankruptcy Court under Debtor's Chapter 13 Plan.

6. No rights of Kocic will be unfairly compromised if his Motion for Relief from Automatic Stay is denied and Kocic's claim against Debtor is stipulated and deemed to be the sum of $18,000.00.

7. Debtor paid in excess of $100,000.00 into the Chapter 13 Plan confirmed in Case No. 18-10776. Debtor is sixty-eight years old, and is a lawyer in private sole practice. Debtor relies on his own efforts, services and work to earn his living and support him and his wife, as well as fund a Chapter 13 Bankruptcy Plan.

8. None of Kocic's arguments present a reason for lifting the automatic stay in circumstances where it will adversely impede Debtor's ability to fund a Chapter 13 Plan.

WHEREFORE, DEBTOR JAMES O. STOLA respectfully requests that this Court enter an Order denying the Motion for Relief from Automatic Stay of Creditor Ivan Kocic, together with such further relief as the Court deems just.

Respectfully submitted,

JAMES O. STOLA,

By:_____/S/\_\_Michael J. Greco_____
    Michael J. Greco, Attorney at Law
    Attorney for Debtor

Michael J. Greco, Attorney at Law
Attorney for Debtor
175 W. Jackson Blvd, Suite 240
Chicago, Ill. 60604
312 222-0599
Illinois Attorney No. 6201254
Email: MichaelGreco18@yahoo.com

**CERTIFICATE OF SERVICE**

Michael J. Greco, Attorney at Law, certifies that he served a copy of the foregoing document through the Court's electronic filing system on 3/21/2022 before 11:59pm to:

Lorenzo Valladolid, Atty.,  lvalladolid@gfblaw.net

By:_____/S/_Michael J. Greco_____
Michael J. Greco, Attorney at Law

Michael J. Greco, Attorney at Law
Attorney for Debtor JAMES O. STOLA
175 W. Jackson Blvd, Suite 240
Chicago, Ill. 60604
312 222-0599
Illinois Attorney No. 6201254
Email: MichaelGreco18@yahoo.com