James O Stola
21-13994
Supplemental Claims Creditors

| | |
|---|---|
| IRS | $ 32,005.69 |
| WF Credit Card | $  1,408.11 |
| Amex | $  4,434.92 |
| Midland/Quantum 3 | $  2,749.87 |
| Ivan Kocic (previously ageed) | $18,000.00 |
| Menards | $  3,449.87 |
| | 62,084.46 |

Bryan Hunter Appeal Stayed Contested