**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  JAMES O STOLA | ) | Case No. 21 B 13994 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge:   JACQUELINE P COX |

**NOTICE OF MOTION & CERTIFICATE OF SERVICE**

JAMES O STOLA                                         MICHAEL J GRECO
2633 NORTH BOSWORTH AVE                    via Clerk's ECF noticing procedures
CHICAGO, IL 60614

Please take notice that on April 03, 2023 at  9:00 am., I will appear before the Honorable Judge
JACQUELINE P COX or any judge sitting in the judge's place, **either** in Courtroom 680, Everett
McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or**
electronically as described below, and present the motion of trustee to dismiss for failure to make
plan payments, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion
either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

> **To appear by video,** (1) use this link: https://www.zoomgov.com (2) Enter the meeting
> ID 1612732896. (3) Enter the passcode 778135.
> **To appear by telephone,** (1) call Zoom for Government at 1-669-254-5252 or
> 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.
> **When prompted identify yourself by stating your full name.**
> **To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for
> Judges.

**If you object to this motion** and want it called on the presentment date above, you must file a
Notice of Objection no later than two (2) business days before that date. If a Notice of Objection
is timely filed, the motion will be called on the presentment date. If no Notice of Objection is
timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to
the persons named above by U.S. mail or by the methods indicated on March 07, 2023.

                                                                /s/ Thomas H. Hooper

                                                                Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  JAMES O STOLA | ) | Case No. 21 B 13994 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge:   JACQUELINE P COX |


### MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS


Now comes Thomas H. Hooper, Trustee and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On December 09, 2021 the debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on September 12, 2022 for a term of 60 months with payments of $5,100.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 15 | $71,400.00 | $53,657.99 | $17,742.01 |

A summary of the 3 most recent receipt items is set forth below:

Report Date: 03/07/2023
Due Each Month: $5,100.00
Next Payment Due: 03/08/2023

| Receipt Date | Ref Number | Amount |
|---|---|---|
| 11/22/2022 | | $2,600.00 |
| 12/27/2022 | | $2,500.00 |
| 01/24/2023 | | $2,500.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900