UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES O. STOLA, | ) | No. 21 B-13994 |
| Debtor, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Ch. 13 |

## DEBTOR'S SECTION 1329 MOTION TO MODIFY CHAPTER 13 PLAN

DEBTOR JAMES O. STOLA moves this Court to enter an Order granting him leave pursuant to 11 U.S.C. Section 1329 to Modify Chapter 13 Plan after confirmation. To support this Motion, Debtor states as follows:

1. Debtor's Chapter 13 Plan was confirmed on September 12, 2022. Debtor has fallen behind in Plan payments to the Chapter 13 Trustee, as a consequence of reversals in his law practice revenue stream.

2. Debtor proposes a modified Chapter 13 Plan, providing in para. 8.1 that all payments required under the Plan shall be made. Debtor shall make the required Plan payments even if additional payments are required beyond the sixty months' Plan term.

3. Debtor submits that good cause exists to grant leave to him to file the Amended Chapter 13 Plan of May 8, 2023. Allowing modification of the Plan as described will not prejudice any creditors or unduly extend the payment period prescribed under the Pan.

1

WHEREFORE, DEBTOR JAMES O. STOLA respectfully requests that this Court enter an Order granting him leave pursuant to 11 U.S.C. Section 1329 to Modify Chapter 13 Plan after confirmation, in the form filed on October 21, 2022, as Docket Event #83, together with such further relief as the Court deems just.

        Respectfully submitted,

        JAMES O. STOLA,


        By:_____/S/___Michael J. Greco_____
            Michael J. Greco, Attorney at Law
            Attorney for Debtor

Michael J. Greco, Attorney at Law
Attorney for Debtor
175 W. Jackson Blvd, Suite 240
Chicago, Ill. 60604
312 222-0599
Illinois Attorney No. 6201254
Email: MichaelGreco18@yahoo.com

2

**CERTIFICATE OF SERVICE**

      Michael J. Greco, Attorney at Law, certifies that he served a copy of the foregoing document through the Court's electronic filing system on 5/08/2023 before 11:59pm to:

Mark S. Wheeler, Staff Atty., Thomas Hooper, Chapter 13 Trustee, mwheeler@chicagoch13.com

Christopher Purcell, Sherman & Purcell, Ltd., shermlaw13@aol.com

Nisha Parikh, Atty., nparikh@dallegal.com

Justin Storer, William Factor, jstorer@wfactorlaw.com

Lorenzo Valladolid, Atty.,  lvalladolid@gfblaw.net



By:_____/S/_Michael J. Greco_____
Michael J. Greco, Attorney at Law


Michael J. Greco, Attorney at Law
Attorney for Debtor JAMES O. STOLA
175 W. Jackson Blvd, Suite 240
Chicago, Ill. 60604
312 222-0599
Illinois Attorney No. 6201254
Email: MichaelGreco18@yahoo.com